IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2023 FEB 16 PM 5:11

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br><br>[4] RUBEN E. VIDAL-FLORES,<br>   (Counts 1, 2, 6, and 7)<br><br>[6] YAN C. GARCIA-POLA,<br>   (Counts 1, 2, 3, and 6)<br><br><br><br>[8] WILFREDO R. VAZQUEZ-LOPEZ,<br>   aka "W, WWW,"<br>   (Counts 1, 2, 3, and 6)<br>[9] JOSE A. AQUINO-PERALES,<br>   (Counts 1, 2 and 6)<br><br>[12] ANGEL L. HERNANDEZ-DIAZ,<br>   aka "COLY, COLI, COLI EL FUERTE,"<br>   (Counts 1, 2, and 6)<br>[13] ANGEL L. SANTIAGO-RIVERA,<br>   (Counts 1, 2, 5, and 6) | INDICTMENT<br><br>CRIMINAL NO. 23- 53 (ADC)<br><br>VIOLATIONS:<br><br>46 U.S.C. §§ 70503(a)(1) and 70506<br><br>21 U.S.C. §§ 952(a), 960(a), 960(b)(1)(B)(ii) and 963<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii), 846, 853 and 856<br><br>18 U.S.C. §§ 1956(h), 1956(a)(1)<br><br>SEVEN COUNTS AND FORFEITURE ALLEGATIONS |

[14] JORGE RODRIGUEZ-FLORES,
    (Counts 1, 2, 5, and 6)
[15] HECTOR ZAYAS-SCHULZE,
    (Counts 1, 2, 5, and 6)
[16] JOSE VELAZQUEZ-MADERA,
    (Counts 1, 2, 5, and 6)
[17] KENNETH A. CRUZ-FONTANEZ,
    (Counts 1, 2, 5, and 6)
███████████████████████
[19] JOSE M. HIDALGO-DUARTE,
    (Counts 1, 2, 5, and 6)
[20] JESUS H. VEGA-RIVERA,
    aka "GIPETA, JIPETA,
    MILLONARIO 27,"
    (Count 6)
[21] VERONICA QUESTELL-RODRIGUEZ,
    (Counts 1, 2, and 6)
[22] DEYANIRA VELAZQUEZ-ALVAREZ,
    (Counts 1, 2, and 6)
[23] KAILYN RIVERA-TORRES,
    (Count 6)
[24] ZULEYKA TORRES-MEJIAS,
    (Counts 6 and 7)

Defendants.

THE GRAND JURY CHARGES:

## COUNT ONE
### Conspiracy to Possess with Intent to Distribute Cocaine
### Aboard a Vessel Subject to the Jurisdiction of the United States
### 46 U.S.C. §§ 70503(a)(1) and 70506(b)

Beginning on a date unknown, but not later than in or about 2017, up to and until the date of the return of the instant Indictment, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

2



[4] RUBEN E. VIDAL-FLORES,

[6] YAN C. GARCIA-POLA,

[8] WILFREDO R. VAZQUEZ-LOPEZ,
aka "W, WWW,"
[9] JOSE A. AQUINO-PERALES,

[12] ANGEL L. HERNANDEZ-DIAZ,
aka "COLY, COLI, COLI EL FUERTE,"
[13] ANGEL L. SANTIAGO-RIVERA,
[14] JORGE RODRIGUEZ-FLORES,
[15] HECTOR ZAYAS-SCHULZE,
[16] JOSE VELAZQUEZ-MADERA,
[17] KENNETH A. CRUZ-FONTANEZ,

[19] JOSE M. HIDALGO-DUARTE,
[21] VERONICA QUESTELL-RODRIGUEZ,
[22] DEYANIRA VELAZQUEZ-ALVAREZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, aboard a vessel subject to the jurisdiction of the United States.

All in violation of 46 U.S.C. §§ 70503(a)(1) and 70506(b).

3

## COUNT TWO
### Conspiracy to Import Cocaine
### 21 U.S.C. §§ 952(a), 960(a) & (b)(1)(B)(ii), and 963

Beginning on a date unknown, but not later than in or about 2017, up to and until the date of the return of the instant Indictment, in the District of Puerto Rico, and within the jurisdiction of this Court,



[4] RUBEN E. VIDAL-FLORES,

[6] YAN C. GARCIA-POLA,

[8] WILFREDO R. VAZQUEZ-LOPEZ,
   aka "W, WWW,"
[9] JOSE A. AQUINO-PERALES,

[12] ANGEL L. HERNANDEZ-DIAZ,
   aka "COLY, COLI, COLI EL FUERTE,"
[13] ANGEL L. SANTIAGO-RIVERA,
[14] JORGE RODRIGUEZ-FLORES,
[15] HECTOR ZAYAS-SCHULZE,
[16] JOSE VELAZQUEZ-MADERA,
[17] KENNETH A. CRUZ-FONTANEZ,

[19] JOSE M. HIDALGO-DUARTE,
[21] VERONICA QUESTELL-RODRIGUEZ,
[22] DEYANIRA VELAZQUEZ-ALVAREZ,

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally import from the

4

countries of Colombia, Venezuela, the British Virgin Islands, and the United States Virgin Islands, into the United States, and into the customs territory of the United States from any place outside thereof, but within the United States, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance.

All in violation of 21 U.S.C. §§ 952(a), 960(a)(1) & (b)(1)(B)(ii), and 963.

## COUNT THREE
### Importation of Cocaine
### 21 U.S.C. §§ 952(a), 960(a) & (b)(1)(B)(ii)

On or about June 9, 2021, in the District of Puerto Rico, and within the jurisdiction of this Court,



[6] YAN C. GARCIA-POLA,
[8] WILFREDO R. VAZQUEZ-LOPEZ,
aka "W, WWW,"

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, intentionally and knowingly imported from the United States Virgin Islands, into the customs territory of the United States from any place outside thereof, but within the United States, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation 21 U.S.C. §§ 952(a), 960(a), 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

5

## COUNT FOUR
## Importation of Cocaine
## 21 U.S.C. §§ 952(a), 960(a) & (b)(1)(B)(ii)

On or about January 17, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,



the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, intentionally and knowingly imported from the United States Virgin Islands, into the customs territory of the United States from any place outside thereof, but within the United States, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation 21 U.S.C. §§ 952(a), 960(a), 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## COUNT FIVE
## Importation of Cocaine
## 21 U.S.C. §§ 952(a), 960(a) & (b)(1)(B)(ii)

On or about November 22, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,

[13] ANGEL L. SANTIAGO-RIVERA,
[14] JORGE RODRIGUEZ-FLORES,
[15] HECTOR ZAYAS-SCHULZE,
[16] JOSE VELAZQUEZ-MADERA,
[17] KENNETH A. CRUZ-FONTANEZ,

[19] JOSE M. HIDALGO-DUARTE,

the defendants herein, aiding and abetting each other and other persons known and unknown to the Grand Jury, intentionally and knowingly imported from the United States Virgin Islands, into the customs territory of the United States from any place outside thereof, but within the United States, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 952(a), 960(a), 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

### COUNT SIX
**Conspiracy to Possess With Intent to Distribute & Distribute Cocaine
21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846**

Beginning on a date unknown, but not later than in or about 2017, up to and until the date of the return of the instant Indictment, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court,



[4] RUBEN E. VIDAL-FLORES,

[6] YAN C. GARCIA-POLA,

[8] WILFREDO R. VAZQUEZ-LOPEZ,
   aka "W, WWW,"
[9] JOSE A. AQUINO-PERALES,

[12] ANGEL L. HERNANDEZ-DIAZ,

7

     aka "COLY, COLI, COLI EL FUERTE,"
[13] ANGEL L. SANTIAGO-RIVERA,
[14] JORGE RODRIGUEZ-FLORES,
[15] HECTOR ZAYAS-SCHULZE,
[16] JOSE VELAZQUEZ-MADERA,
[17] KENNETH A. CRUZ-FONTANEZ,
████████████████████████████
[19] JOSE M. HIDALGO-DUARTE,
[20] JESUS H. VEGA-RIVERA,
  aka "GIPETA, JIPETA, MILLONARIO 27"
[21] VERONICA QUESTELL-RODRIGUEZ,
[22] DEYANIRA VELAZQUEZ-ALVAREZ,
[23] KAILYN N. RIVERA-TORRES,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and others, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(ii), and 846.

## COUNT SEVEN
**Conspiracy to Launder Monetary Instruments**
**18 U.S.C. § 1956(h)**

Beginning on a date unknown, but not later than in or about 2017, and continuing up to and until the date of the return of the instant Indictment, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court,

████████████████████████████
[4] RUBEN E. VIDAL-FLORES
████████████████████████████
[24] ZULEYKA TORRES-MEJIAS,

8

the defendants herein, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of 18 U.S.C. § 1956, including by:

a. knowingly conducting and attempting to conduct financial transactions involving monetary instruments affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling and otherwise dealing in controlled substances, knowing the property involved in the financial transactions represented the proceeds of some form of unlawful activity and knowing the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

b. transporting, transmitting, transferring, and attempting to transport, transmit or transferring a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States, knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity, that is, narcotics trafficking contrary to 21 U.S.C. § Sections 841(a)(1) and 846, and knowing the transactions were designed in whole and in part to conceal and disguise the nature,

9

location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(2)(B)(i).

All in violation of 18 U.S.C. § 1956(a)(2)(B)(i).

### MARITIME DRUG LAW ENFORCEMENT ACT FORFEITURE ALLEGATION
### 46 U.S.C. § 70507

The allegations in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 46 U.S.C. § 70507.

The United States gives notice to the Defendants charged in Count One of this Indictment that, pursuant to 46 U.S.C. § 70507, upon conviction of those offenses alleged in that Count, any property described in 21 U.S.C. § 881(a), that is used or intended for use to commit, or to facilitate the commission of, those offenses is subject to forfeiture.

### NARCOTICS FORFEITURE ALLEGATION
### 21 U.S.C. §§ 853 & 970

The allegations contained in Counts Two through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853 and 970.

Pursuant to 21 U.S.C. §§ 853 and 970 upon conviction of an offense in violation of 21 U.S.C. §§ 841, 846, 952(a), and 963,



[4] RUBEN E. VIDAL-FLORES,

10

███
[6] YAN C. GARCIA-POLA,
███
[8] WILFREDO R. VAZQUEZ-LOPEZ,
   aka "W, WWW,"
[9] JOSE A. AQUINO-PERALES,
███
[12] ANGEL L. HERNANDEZ-DIAZ,
   aka "COLY, COLI, COLI EL FUERTE,"
[13] ANGEL L. SANTIAGO-RIVERA,
[14] JORGE RODRIGUEZ-FLORES,
[15] HECTOR ZAYAS-SCHULZE,
[16] JOSE VELAZQUEZ-MADERA,
[17] KENNETH A. CRUZ-FONTANEZ,
███
[19] JOSE M. HIDALGO-DUARTE,
[21] VERONICA QUESTELL-RODRIGUEZ,
[22] DEYANIRA VELAZQUEZ-ALVAREZ,
[23] KAILYN N. RIVERA-TORRES,

the defendants, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, a sum of money representing the amount of proceeds traceable to the commission of the offenses alleged in the Indictment and the following specific property:

1. All right, title, and interest in real property located at Bo. Calabazas, in Yabucoa, Puerto Rico, including all buildings, appurtenances, and improvements:

   A lot of land located at Bo. Calabazas, Yabucoa, PR, composed of 11.3155 acres of land, equivalent a 44,474.7815 square meter, with boundaries (Colindancias) North: State Road 182, South: with Sucesion of Antonio Roig; East: with Lots A and B, segregate of, West: with Felix Santiago.

2. All right, title, and interest in real property located at Urb. Vista de Lago Campo, in Trujillo, Puerto Rico, including all buildings, appurtenances, and improvements:

11

Property Registered at Volume (Tomo) 885, Page (Folio) 149, Land# (Finca#) 23926, Land Size (Cabida) 900.00 square meters, Site (Asiento) 2022-022655-SJ04, Cadastre# (Catastro#) 144-056-001-32-000

Public Records describe the property as follows: Two level house built in concrete and cement blocks. The first level contains an office, a bathroom, and garage for four vehicles. The second level contains three bedrooms, kitchen-dinner, two bathrooms, laundry and hall with balcony, on the left side entering and access stairs.

Boundaries (Colindancias) North: Municipal Walkway, South: Farm Remanent Principal; East: Lot #20, West: Farm Remanent Principal

3. All right, title, and interest in real property located at Villa del Rey, Fourth Section, lot 12 #4 G, in Caguas Puerto Rico, including all buildings, appurtenances, and improvements:

Boundaries (Colindancias) North at a distance of 21 meters with lot 13, South: at a distance of 21.00 meters with lot 11; East: at a distance of 13.50 meters with lots 53 and 54, West: at a distance of 13.50 meters with street #2. URB: Lot identified with a number 12, of the Four-G Block, with an area of 283.50 square meters, located in Urbanizacion Villa Del Rey, in Fourth Section, in the neighborhood of Canaboncito of Caguas, Puerto Rico. Boundaries: on the north with Lot 13; on the south, with Lot number; on the east with Lots 53 and 54; and on the west, with Street number two. Concrete building. Registered at folio 68 of Tomo 456 of Caguas, First Section, Farm Number 13920.

4. All right, title, and interest in real property located at Sector Coco Barrio Jueyes, in Salinas, Puerto Rico, including all buildings, appurtenances, and improvements:

Two story concrete residence of approximately 705.5 square meters, titled to Arthur W. Rodriguez-Sanchez, and located a Sector Coco, Barrio Jueyes, in Salinas, Puerto Rico.

5. Vessel with Puerto Rico Registration Number PR-7045-AA; Vessel's Name: BOSTON WHALER; brand: Wahoo; year of construction: 1987; length: 16 feet; hull number: WHO01612F787.

6. Vessel with Puerto Rico Registration Number PR-6042-AC; Vessel's Name: BOSTON WHALER; brand: Wahoo; year of construction: 1986; length: 16 feet; hull number: WHO00677K586; Owner's name: Victor X. ZORRILLA-MEJIAS.

7. Vessel with Puerto Rico Registration Number PR-8362-AC; Vessel's Name: Art Dent; brand: Donzi; year of construction: 1999; length: 30 feet; hull number: DNAF0003D899.

8. Vessel with Puerto Rico Registration Number PR-3867-AC; Vessel's Name: Opus; brand: Mako; year of construction: 2006; length: 25 feet; hull number: MRKCA297B606.

9. Vessel with Puerto Rico Registration Number PR-2569-GG; Vessel's Name: La Otra; brand: Mako; year of construction: 1989; length: 26 feet; hull number: MRK20240E889.

10. Vessel with Puerto Rico Registration Number PR-7381-BB; Vessel's Name: La Nasa; brand: Donzi; year of construction: 1999; length: 34 feet; hull number: DNAF6024A999.

11. All assets held in account ending in 4726, at First Bank.

12. All assets held in account ending in 4897, Bank of America.

13. All assets held in account ending in 1825, First Bank.

### MONEY LAUNDERING FORFEITURE ALLEGATION
### 18 U.S.C. § 982

The allegations contained in Count Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 982(a)(1).

Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of any of the offenses alleged in Count Seven,



[4]   RUBEN E. VIDAL-FLORES,

[24] ZULEYKA TORRES-MEJIAS,

the defendants herein, shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, including, but not limited to, the properties listed in the above Narcotics Forfeiture Allegation.

13

## SUBSTITUTION AS TO FORFEITURE ALLEGATIONS

If any of the property described above in the forfeiture allegations, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. §§ 853(p) and 970 and as incorporated by 18 U.S.C. §§ 982(b)(1) and 28 U.S.C. § 2461(c).

W. STEPHEN MULDROW
United States Attorney

_(signature)_
Max J. Pérez-Bouret
Assistant United States Attorney, Chief
Transnational Organized Crime Section

_(signature)_
María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Transnational Organized Crime Section

_(signature)_
Jorge L. Matos
Assistant United States Attorney
Transnational Organized Crime Section

TRUE BILL

FOREPERSON

Date: 2/16/23

14