S. LANE TUCKER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: james.klugman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JOSE M. HIDALGO-DUARTE,<br><br>    Defendant. | No. 3:23-mj-00123-MMS |

**NOTICE OF INTENT TO SEEK DETENTION HEARING**

Comes now the United States of America and advises this Court that it will move for a hearing to determine whether the defendant should be detained pending trial. A hearing is appropriate because the defendant is charged with:

- An offense for which the maximum sentence is life imprisonment or death. 18 U.S.C. § 3142(f)(1)(B); and

- An offense under the Controlled Substances Act or Controlled Substances Import and Export Act, or chapter 705 of Title 46 that carries a maximum term of imprisonment of

10 years or more. 18 U.S.C. § 3142(f)(1)(B).

RESPECTFULLY SUBMITTED February 23, 2023 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s James Klugman
JAMES KLUGMAN
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s James Klugman

U.S. v. Hidalgo-Duarte
3:23-mj-00123-MMS